UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRANCIS BALMACEDA, et al., | No. C 11-00202 MEJ |
|           Plaintiffs, | **ORDER TO SHOW CAUSE** |
|    v. | |
| VERIZON COMMUNICATIONS, et al., | |
|           Defendants. _____/ | |

On January 14, 2011, the Defendants in the above-captioned matter filed a motion for judgment on the pleadings, with a noticed hearing date of February 17, 2011. (Dkt. #4.) Pursuant to Civil Local Rule 7, Plaintiffs' opposition or statement of non-opposition was due by January 27, 2011; however, Plaintiffs failed to file an opposition. Accordingly, the Court hereby VACATES the February 17 motion hearing and ORDERS Plaintiffs to show cause why Defendants' motion should not be granted for failure to timely file an opposition. Plaintiffs shall file a declaration by February 10, 2011, and the Court shall conduct a hearing on February 17, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 31, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge