1  PETER L. KUTRUBES, SBN 176024
   EVAN K. HYUN, SBN 258657
2  LAW OFFICES OF PETER L. KUTRUBES
   1415 Oakland Boulevard, Suite 102
3  Walnut Creek, CA 94596
   Telephone: (925) 939-9600
4  Facsimile: (925) 256-7660

5  Attorneys for Plaintiffs:
   FRANCIS BALMACEDA, ADRIAN TAM, CHIEH HO, JASON ORPILLA, JIM
6  FERNANDEZ, KIT GEE

7

8

9

10

11                **UNITED STATES DISTRICT COURT**

12                 **Northern District of California**

                            -o0o-

13  FRANCIS BALMACEDA, ADRIAN TAM,        Case No. C 11-00202 MEJ
    CHIEH HO, JASON ORPILLA, JIM
14  FERNANDEZ, KIT GEE, et al.            **NOTICE OF VOLUNTARY**
                                          **DISMISSAL OF DEFENDANTS RYAN**
15          Plaintiffs,                   **MONNASTES AND FRANCINE**
                                          **RUDLEY SANTOS**
16  v.

17  VERIZON COMMUNICATIONS INC.,
    VERIZON WIRELESS TELECOM INC.,
18  FRANCINE RUDLEY SANTOS, RYAN
    MONNASTES and DOES 1 through 50,
19  inclusive,

20          Defendants.

21

22

23

24  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

25          **PLEASE TAKE NOTICE** that Plaintiffs FRANCIS BALMACEDA, ADRIAN TAM,

26  CHIEH HO, JASON ORPILLA, JIM FERNANDEZ, AND KIT GEE ("Plaintiffs") request that

27  Defendants RYAN MONNASTES and FRANCINE RUDLEY SANTOS (and only Defendants

28  Ryan Monnastes and Francine Rudley Santos) be dismissed with prejudice from the above-

                                       1

1    entitled action.

2         This request is made on the ground that Ryan Monnastes and Francine Rudley Santos,

3    both individual defendants in this above entitled action, cannot be sued as individuals for

4    wrongful termination under California Government code Section 12940 et seq. (Fair

5    Employment and Housing Act).

6         Based on the foregoing, Plaintiffs respectfully requests that all cause of action against

7    Defendants Ryan Monnastes and Francine Rudley Santos be dismissed.

8

9

10

11

12

13   DATED: February 11, 2011                              Law Offices of Peter L. Kutrubes

14

15

16                                                         PETER L. KUTRUBES
                                                           Attorney for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28

PETER L. KUTRUBES, ATTORNEY AT LAW
1415 OAKLAND BOULEVARD, SUITE 102
WALNUT CREEK, CALIFORNIA 94596
(925) 939-9600 FACSIMILE (925) 256-7660

## PROOF OF SERVICE

I am employed at 1415 Oakland Boulevard, Suite 102, Walnut Creek, California. I am over 18 years old and am not a party to this action.

I served the:

**1) Request for Dismissal of Defendants Ryan Monnastes and Francine Rudley Santos**

By:

( )   personally handing, on _____, 20____, the documents described above to the person listed below at the address listed below.

(X)   depositing, on February 11, 2011, at Walnut Creek, California, a sealed envelope or sealed envelopes in the overnight/express mail, postage fully prepaid, containing the document(s) described above and addressed as described below.

( )   facsimile transmission, on _____ of the documents described above from (925) 969-9600 to the person listed below at the facsimile number listed below.

<u>Attorney for Defendant</u>

Judith Droz Keyes
Davis Wright Tremaine, LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111

<u>Attorney for Defendant</u>

John Post
Davis Wright Tremaine, LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2/11/11
DATE

AARON LIN

**Proof of Service Notice of Voluntary Dismissal**