UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| FRANCIS BALMACEDA, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br>VERIZON COMMUNICATIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-00202 MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On January 31, 2011, the Court ordered Plaintiffs to show cause why Defendants' motion for judgment as to Defendants Ryan Monnastes and Francine Rudley Santos should not be granted. As Plaintiffs have now dismissed Defendants Ryan Monnastes and Francine Rudley Santos, Defendants' motion is moot and the order to show cause is DISCHARGED.

**IT IS SO ORDERED.**

Dated: February 11, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge