1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PETER L. KUTRUBES, SBN 176024**
**EVAN K. HYUN, SBN 258657**
**LAW OFFICES OF PETER L. KUTRUBES**
**1415 Oakland Boulevard, Suite 102**
**Walnut Creek, CA 94596**
**Telephone: (925) 939-9600**
**Facsimile: (925) 256-7660**

**Attorneys for Plaintiffs:**
**FRANCIS BALMACEDA, ADRIAN TAM, CHIEH HO, JASON ORPILLA, JIM**
**FERNANDEZ, KIT GEE, et al.**

GRANTED

Judge Maria-Elena James

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| FRANCIS BALMACEDA, ADRIAN TAM, CHIEH HO, JASON ORPILLA, JIM FERNANDEZ, KIT GEE, et al.<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON WIRELESS TELECOM INC., FRANCINE RUDLEY SANTOS, RYAN MONNASTES, and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. CV11-0202 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS FRANCIS BALMACEDA, ADRIAN TAM, CHIEH HO, JASON ORPILLA, JIM FERNANDEZ, AND KIT GEE** |

**TO THE COURT:**

        Plaintiffs, FRANCIS BALMACEDA, ADRIAN TAM, CHIEH HO, JASON ORPILLA, JIM FERNANDEZ, and KIT GEE filed the Stipulation of Dismissal with Prejudice and in support thereof respectfully show the Court as follows:

        There are no longer any issues in this matter between Plaintiffs and Defendant CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS.  Accordingly, Plaintiffs and Defendant hereby

stipulate that all claims or causes of action against Defendant, which were or could have been the subject of this lawsuit, are hereby dismissed with prejudice, with Court costs to be paid by the party incurring the same.

DATED: August 5, 2011                    Law Offices of Peter L. Kutrubes


                                         /s/ Peter L. Kutrubes
                                         PETER L. KUTRUBES
                                         Attorney for Plaintiffs
                                         FRANCIS BALMACEDA, ADRIAN TAM,
                                         CHIEH HO, JASON ORPILLA, JIM
                                         FERNANDEZ, and KIT GEE


DATED: August 5, 2011                    Davis Wright Tremaine, LLP


                                         /s/ Judith Droz Keyes
                                         JUDITH DROZ KEYES
                                         Attorney for Defendant
                                         CELLCO PARTNERSHIP d/b/a VERIZON
                                         WIRELESS